ACCEPTED
03-15-00222-CR
7863408
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/17/2015 12:35:52 PM
JEFFREY D. KYLE
CLERK

## No. 03-15-00222-CR

In the
**COURT OF APPEALS**
For the
**THIRD SUPREME JUDICIAL DISTRICT**
at Austin

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/17/2015 12:35:52 PM
JEFFREY D. KYLE
Clerk

On Appeal from the 277th Judicial District Court of
Williamson County, Texas
Cause Number 13-1923-277

**MONTE KEN ROSS, Appellant**
*v.*
**THE STATE OF TEXAS, Appellee**

## MOTION FOR *PRO SE* ACCESS TO APPELLATE RECORD

TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:

COMES NOW, Monte Ken Ross, Appellant herein, and files this, his Motion for *Pro Se* Access to Appellate Record. In support of said motion, Appellant would show the Court the following:

Appointed Counsel for Appellant has filed an *Anders* Brief and Motion to Withdraw. Pursuant to the Texas Court of Criminal Appeals' recent decision in *Kelly v. State*, No. PD-0702-13 (Delivered June 25, 2014), Appellant now requests access to the appellate record for the preparation of his *pro se* response.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Appellant respectfully requests that this Court grant his Motion for *Pro Se* Access to the Appellate Record.

Respectfully submitted,

Monte Ken Ross

DATE: 11-2-15

# KRISTEN JERNIGAN
## ATTORNEY AT LAW
### 207 S. AUSTIN AVE., GEORGETOWN, TEXAS 78626
### (512) 904-0123 (AUSTIN AREA)    (832) 642-3081 (HOUSTON AREA)
### (512) 931-3650 (FAX)
### KRISTEN@TXCRIMAPP.COM

CRIMINAL LAW           BOARD CERTIFIED°   CRIMINAL APPELLATE LAW

---

November 16, 2015


Hon. Jeffrey Kyle
Clerk of the Court
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711

     Re:   *Monte Ken Ross v. The State of Texas*,
          No. 03-15-000222-CR

Dear Mr. Kyle:

     I received the attached, signed Motion for Pro Se Access to Appellate Record which Mr. Ross inadvertently sent to me instead of the Court. I would ask you to please file this motion on behalf of Mr. Ross.

     Please contact me should you have any questions or require any further information.

                       Sincerely,

                       Kristen Jernigan